GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SHEENA ELKIND,<br><br>  Defendant. | Case No.:   2:20-mj-00709-BNW-1<br><br>**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

The Defendant, SHEENA ELKIND, by and through his counsel, GABRIEL L. GRASSO, ESQ., and moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 6th day of January, 2022

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
(702) 868-8866
Attorney for ELKIND

## REQUEST

1. ELKIND has been on supervised release since September 14, 2020.
2. ELKIND is the mother to 11-year-old Elias, who is a competitive dancer.
3. Elias has a dance competition on January 13 through January 16 in Provo Utah at the Utah Valley Convention Center.
4. ELKIND requests permission to travel to Provo with her son on January 13, 2022 and return to Las Vegas on January 17, 2022.
5. The Government does not object to this request once ELKIND provides all required information to Pretrial Services.

ELKIND request's this Court allow her travel as outlined above.

DATED this 6th day of January, 2022.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for SHEENA ELKIND

## ORDER

IT IS ORDERED that ECF No. 52 is GRANTED.

IT IS FURTHER ORDERED that Ms. Elkind is permitted to travel to Provo, Utah from January 13, 2022 to January 17, 2022.

IT IS FURTHER ORDERED that the Ms. Elkind must provide all travel information as well as the address of the place where she will be staying to her supervising officer and check-in as directed.

**IT IS SO ORDERED**
**DATED:** 1:24 pm, January 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**