GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHEENA ELKIND, ) <br> ) <br> Defendant. ) <br>_____) | Case No.:   2:20-mj-00709-BNW-1 <br><br> **MOTION FOR PERMISSION TO TRAVEL** |

The Defendant, SHEENA ELKIND, by and through his counsel, GABRIEL L. GRASSO, ESQ., and moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 6th day of January, 2022

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for ELKIND

## REQUEST

1. ELKIND has been on supervised release since September 14, 2020.
2. ELKIND'S father is currently in hospice and is in the end stage of life because of a terminal cancer diagnosis.
3. ELKIND seeks to travel to Maynard, Massachusetts to be with her father.
4. Pretrial Services does not object to this request once ELKIND provides all required information.
5. Undersigned counsel has contacted the AUSA on this case and did not get a response by the time this motion was filed.

ELKIND requests this Court allow her travel immediately as outlined above.

DATED this 8th day of July 2022.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for SHEENA ELKIND

## ORDER

The Court understands that the Government does not oppose Ms. Elkind's motion to travel.

IT IS THEREFORE ORDERED that ECF No. 58 is GRANTED.

IT IS FURTHER ORDERED that Ms. Elkind is kindly directed to provide Pretrial Services with her travel information.

**IT IS SO ORDERED**
**DATED:** 4:34 pm, July 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**